**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
1481 Warm Springs Rd Suite 135
Henderson, NV 89014
Tel: 702-666-0233
robert@tzalllegal.com

**Taylor G. Selim**
Harper Selim
1707 Village Center Circle Suite 140
Las Vegas, NV 89134
Tel: 702-948-9240
eservice@harperselim.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS MILLAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC AND JOHN DOES 1-25.<br><br>Defendant. | Docket No. 2:19-cv-1257<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff carlos Millan ("Plaintiff") and

Defendant, by and through their respective counsel of record, that the above-captioned action, be

and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure

Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to

enter into this Joint Stipulation with Prejudice.

| | |
|---|---|
| **Respectfully Submitted,** | Docket No. 2:19-cv-1257<br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Dated: March 5, 2020

| | |
|---|---|
| /s/*Robert M. Tzall* | */s/ Taylor G. Selim* |
| Robert M. Tzall, Esq. | Taylor G. Selim |
| **The Law Offices of Robert M. Tzall** | **Harper Selim** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of March, 2020.